KASOWITZ BENSON TORRES LLP
Jerold Oshinsky, Bar No. 250771
johsinky@kasowitz.com
Kirsten C. Jackson, Bar No. 265952
kjackson@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

BLANK ROME LLP
Linda Kornfield, Bar No. 155765
lkornfield@kasowitz.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3859
Facsimile: (424) 233-0744

GRIFFITH & THORNBURGH LLP
L. Donald Boden (Cal. Bar No. 38979)
boden@g-tlaw.com
8 E. Figueroa Street — 3rd Floor
Santa Barbara, CA 93101
Telephone: (805) 965-5131
Facsimile: (805) 965-6751

Attorneys for Cottage Health

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COTTAGE HEALTH SYSTEM,<br><br>Defendant. | No. 2:16-CV-03759<br><br>Hon. John A. Kronstadt<br><br>**STATUS REPORT OF DEFENDANT COTTAGE HEALTH REGARDING RELATED STATE COURT ACTION** |

STATUS REPORT

Pursuant to the Court's December 2, 2016 Order (Dkt. No. 29), and the Court's September 11, 2017, Order (Dkt. No. 48), Defendant Cottage Health System ("Cottage") submits this Status Report.[1]

In the December 2, 2016, Order, the Court granted, in part, Cottage's motion to dismiss or, alternatively, to stay this District Court action in favor of Cottage's related State Court action styled *Cottage Health v. Columbia Casualty Company and Certain Underwriters at Lloyd's, London*, currently pending in the Superior Court of the State of California for the County of Santa Barbara under Case No. 16-cv-02310. Specifically, the Court stayed the instant action, placing it on the Court's inactive calendar, and directed the Parties to submit status reports every 90 days describing the status of the State Court action and indicating whether the stay of this action should be lifted.

The following has taken place in the State Court action since the date of the Court's Order:

On February 3, 2017, the State Court conducted a Case Management Conference, which was attended by the parties. Following the conference, the State Court issued a Case Management Conference Order (attached hereto as "Exhibit A"). Pursuant to this Order, the State Court Action was initially "set for trial on 11/17/2017 at 11:30 AM."

The Parties exchanged document requests and interrogatories, and Cottage served Columbia with deposition notices. Cottage and Columbia each produced thousands of pages of documents in the State Court Action.

On August 25, 2017, the State Court denied a motion by Underwriters to

---

[1] After initially approving counsel for Cottage to draft a Joint Status Report this morning, counsel for Columbia Casualty Company ("Columbia") became unexpectedly unavailable/unresponsive to requests for edits and comments, presumably due to some sort of an emergency. In an abundance of caution, and in an attempt to comply with the Court's November 10, 2017, deadline, counsel for Cottage submits this Status Report unilaterally.

1
STATUS REPORT

1 | bifurcate the trial (order attached hereto as "Exhibit B").

On October 4, 2017, the parties filed a joint stipulation to continue the trial date to May 18, 2018 (attached hereto as "Exhibit C"). Pursuant to that stipulation, the parties "reached a partial settlement, whereby 1) **Columbia agrees to dismiss its federal complaint and appeal against Cottage**, and 2) Cottage agrees to dismiss its breach of the covenant of good faith and fair dealing claims against Columbia through the date of this stipulation" (emphasis added).

On October 5, 2017, the State Court approved the stipulation and ordered the trial date be continued to May 18, 2018.

On October 13, 2017, the State Court denied Underwriters' Motion for Summary Judgment (order attached hereto as "Exhibit D").

There have been no developments in the State Court action that would require the Court to lift the stay before the anticipated dismissal of this action.

DATED: November 10, 2017

By: /s/ Kirsten C. Jackson
Kasowitz Benson Torres LLP
2029 Century Park East Suite 2000
Los Angeles, CA 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

Attorneys for Defendant Cottage Health